## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (BALTIMORE)

| | | |
|---|---|---|
| BIRCHARD B. ALLEN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SILVERMAN THEOLOGOU, LLP | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
### (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendant Silverman Theologou, LLP ("Defendant") hereby removes to this Court the state court action described below.

1.     On or about September 11, 2014, the plaintiff commenced an action in the Circuit Court for Baltimore City, Maryland, entitled *Birchard B. Allen, III v. Silverman Theologou, LLP,* bearing Case Number 24-C-14-005254 OC. A copy of the summons and complaint, as well as all other papers filed in this case, is attached and marked as Exhibit A in accordance with L.R. 103.5(a).

2.     This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"). This Court also has jurisdiction over the related state law claims pled pursuant to 28 U.S.C. § 1367.

3.      Defendant received notice of this suit on September 19, 2014 but service of process was not in accordance with the Maryland Rues of Procedure and will be challenging service of process in a preliminary motion to dismiss.  Even if this defective notice is deemed notice as required for removal, this removal is timely pursuant to 28 U.S.C. § 1446(b).

4.      To the best of the undersigned's knowledge, formed after reasonable inquiry, no , other pleadings or documents, other than those attached as Exhibit A have been filed in this matter.

5.      As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Baltimore, City, Maryland, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Circuit Court for Baltimore City, Maryland be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____

Ronald S. Canter, Esquire (#01024)
Bradley T. Canter, Esquire (#18995)
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
E-Mail:  bcanter@roncanterllc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 16th day of October, 2014, by first class mail, postage prepaid to:

> E. David Hoskins, Esq.
> Max F. Brauer, Esq.
> THE LAW OFFICES OF E. DAVID HOSKINS, LLC
> 16 East Lombard Street, Suite 400
> Baltimore, Maryland 21202
> *Attorneys for Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorney for Defendant*