IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

| | |
|---|---|
| BIRCHARD B. ALLEN, III and CANDYCE GOLDEN   ) | |
| ) | |
| PlaintiffA,   ) | |
| ) | |
| v.   ) | Case No. 1-14-cv-03257-ELH |
| ) | |
| SILVERMAN THEOLOGOU, LLP   ) | |
| ) | |
| Defendant.   ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Your Defendant, Silverman Theologou, LLP, by and through counsel, moves to dismiss Plaintiffs' Amended Complaint and as grounds therefore respectfully refers this Honorable Court to the accompanying Brief in support of the motion.

THE LAW OFFICES
OF RONALD S. CANTER, LLC


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant Silverman and Theologou, LLP*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 11th day of December, 2014 to:

>E. David Hoskins, Esquire
>Law Offices of E. David Hoskins LLC
>Max F. Brauer, Esquire
>16 E. Lombard Street, Suite 400
>Baltimore, Maryland 21210
>E-Mail: dhoskins@hoskinslaw.com
>E-Mail: maxbrauer@hoskinslaw.com
>*Attorneys for Plaintiff*
>
>Nicholas R Johnson, Esquire
>Berenzweig Leonard LLP
>8300 Greensboro Drive, Suite 1250
>McLean, Virginia 22102
>Email: njohnson@berenzweiglaw.com
>
>Seth Charles Berenzweig, Esquire
>Berenzweig Leonard LLP
>8300 Greensboro Dr Ste 12500
>McLean, Virginia 22102
>Email: sberenzweig@berenzweiglaw.com
>*Co-Counsel Defendant Silverman Theologou, LLP*
>
>
>/s/ Ronald S. Canter
>Ronald S. Canter, Esquire
>*Attorney for Defendant Silverman and Theologou, LLP*